UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
# DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk

Lisa Rosenthal, Chief Deputy

Reply to Southern Division Address

February 19, 2010

**Jeffrey David Katz**
Jeffrey D Katz PC
4733 Bethesda Ave Ste 345
Bethesda, MD 20814

      Re:    Case No. AW-10-365

Dear Counsel/Party:

      Your complaint was received on February 17, 2010.

☐     The document should have been filed electronically. It has been scanned and filed electronically by court staff.

☐     The document should have been filed electronically. It has been scanned and filed electronically by court staff. The original document is being returned to you. It is your responsibility to maintain the original until the expiration of any appeals or the time for taking an appeal. The original must be made available for inspection upon the request of any other party or the court.

☒     You did not include the civil cover sheet or summons . Please electronically file as soon as possible.

☐     When filing a notice of removal <u>each</u> state court document must be scanned individually into separate PDF documents. Your documents were scanned into a single PDF. Court staff have re-scanned them so that they could be electronically filed.

All further filings in this case <u>must</u> be made in accordance with the policies and procedures of this Court on electronic filing. Those policies and procedures are available on the Court's web site: www.mdd.uscourts.gov.

                                              Very truly yours,

                                              ____/s/_____
                                              Deputy Clerk

cc: Other counsel/party
Warning letter (Rev. 6/14/2005)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov**